Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SUPERIOR CIVIL CONTRACTORS, LLC, et al.,<br><br>　　　　　　Defendants. | No. C12-968 RAJ<br><br>ORDER OF DISMISSAL |

THE COURT having been notified of the settlement of this matter and it appearing that no issue remains for the Court's determination, IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and with each party bearing its own costs and attorneys' fees.

In the event settlement is not perfected, any party may move to reopen the case, provided such motion is filed within **30** days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

DATED this 8th day of July, 2013.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL – 1